# Arnold & Porter

Sara L. Shudofsky
+1 212.836.7922 Direct
Sara.Shudofsky@arnoldporter.com

October 1, 2018

**BY ECF**

The Honorable Allyne R. Ross
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Semyon Grinblat v. Nor Cooper Service Center Inc. and BP Products North America Inc.,* Case No. 1:18-cv-05000-ARR-RML

Dear Judge Ross:

    I am counsel for defendant BP Products North America Inc. ("BP") in the above-referenced action. I write pursuant to Paragraph I(E) of Your Honor's Individual Practices and Rules to request a 30-day extension of BP's deadline to respond to the complaint, from October 3, 2018, to November 2, 2018. I have spoken with counsel for defendant Nor Cooper Service Center Inc. ("Nor Cooper") and Nor Cooper joins in this request.

    This is defendants' first request for an extension. Plaintiff has consented to this request. There are presently no scheduled conferences in this action.

    We thank the Court for its consideration of this request.

                                            Respectfully submitted,

                                            /s/ Sara L. Shudofsky

cc:    Michael Grinblat, Esq. (by ECF)
        Adam Ford, Esq. (by email)
        Nor Cooper Service Center Inc. (by regular mail)

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com