# Arnold & Porter

Sara L. Shudofsky
+1 212.836.7922 Direct
Sara.Shudofsky@arnoldporter.com

November 21, 2018

**BY ECF**

The Honorable Allyne R. Ross
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Semyon Grinblat v. Nor Cooper Service Center Inc. and BP Products North America Inc.*, Case No. 1:18-cv-05000-ARR-RML

Dear Judge Ross:

    I am counsel for defendant BP Products North America Inc. ("BP") in the above-referenced action. I write respectfully on behalf of the parties to inform the Court that the parties have reached a settlement in principle in this action and to jointly request that the action be stayed while the parties finalize the settlement.

    Defendants have twice previously requested an extension of their deadline to respond to the complaint. Defendants' original response deadline was October 3, 2018. The Court granted Defendants' request to extend their response deadline by thirty days to November 2, 2018, and then by twenty-four days to November 26, 2018. There are presently no scheduled conferences in this action.

    We thank the Court for its consideration of this request.

                                Respectfully submitted,

                                /s/ Sara L. Shudofsky

cc:    Michael Grinblat, Esq. (by ECF)
        Adam Ford, Esq. (by email)
        Stan Glasser, Esq. (by email)